In re Holmes, Vernon; —Defendant(s); applying for supervisory and/or remedial writs; Parish of Orleans, Criminal District Court, Div. “F”, No. 340-191; to the Court of Appeal, Fourth Circuit, No. 96KW-0163.
Denied.
*1257 CALOGERO, C.J., would grant to resolve conflict in court of appeal decisions. State v. Duhon, 95-2724, 674 So.2d 944 (La. 5/21/96). State v. Loren, 587 So.2d 162 (La.App. 4th Cir.1991). State v. Mims, 552 So.2d 664 (La.App. 2nd Cir.1989). State v. O’Doyle, 539 So.2d 1273 (LaApp. 3rd Cir.1989).
JOHNSON, J., would grant the writ.
MARCUS, J., not on panel.